PROB 12C
(6/16)

Report Date: January 31, 2023

## United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Henry Patrick Bevans, III    Case Number: 0980 2:13CR00125-TOR-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 22, 2014

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, 18 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: August 11, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 10, 2032 |

### PETITIONING THE COURT

To issue a **warrant**.

Mr. Bevans conditions of supervised release were reviewed with him on August 12, 2022. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Bevans violated the conditions of his supervised release by using methamphetamine on or about December 31, 2022. |
| | Specifically, on January 3, 2023, Mr. Bevans provided a urinalysis that tested presumptive positive for methamphetamine. After initially being deceitful, Mr. Bevans admitted to the undersigned, and via a written statement, that he last used methamphetamine on or about December 31, 2022. |

Prob12C
**Re: Bevans, III, Henry Patrick**
**January 31, 2023**
**Page 2**

| | |
|---|---|
| 2 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Bevans violated the conditions of his supervised release by failing to report for a urinalysis on January 24, 2023.

On January 3, 2023, Mr. Bevans was advised he would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Bevans was further advised he would be on the urinalysis testing color brown and he was directed to call the testing line every day, and was to report to PHS on the days that brown was called, in order to submit to urinalysis testing. Mr. Bevans acknowledged an understanding of this process.

On January 24, 2023, without being excused and/or contacting the undersigned in any manner, Mr. Bevans failed to report to PHS to submit to urinalysis testing, as his previously assigned color, brown, was scheduled to test on this date. |
| 3 | **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: It is alleged that Mr. Bevans violated the conditions of his supervised release by failing to report to his probation officer on January 27, 2023.

Specifically, on January 27, 2023, in response to Mr. Bevans failing to report to PHS on January 24, 2023, the undersigned sent a text message to Mr. Bevans' cellular telephone at 7:26 a.m., directing him to report to the probation office on that date before 2:45 p.m., and that he is to call the undersigned upon receiving my text message for confirmation. At 7:39 a.m., the undersigned observed the aforementioned text message had been seen due to a read receipt. Mr. Bevans failed to report to the probation office on January 27, 2023, and/or contact the undersigned in any manner. It should also be noted, the undersigned attempted to make contact with Mr. Bevans at his last known residence on January 19, 2023, in which contact was made with his roommate who reported he was not home. She stated he would tell Mr. Bevans to contact the undersigned which he has not done as of this writing. All attempts to contact Mr. Bevans via his cellular telephone have gone unreturned as of January 19, 2023, and he appears to be evading supervision. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/31/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Bevans, III, Henry Patrick**
**January 31, 2023**
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge
January 31, 2023
Date