PROB 12C
(6/16)

Report Dae: February 17, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2023

SEAN F. MCAVOY, CLERK

Name of Offender: Henry Patrick Bevans, III        Case Number: 0980 2:13CR00125-TOR-1

Address of Offender: ███████████████████, Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 22, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, 18 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: | August 11, 2022 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | August 10, 2032 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/31/2023.

Mr. Bevans conditions of supervised release were reviewed with him on August 12, 2022. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Bevans violated the terms of his supervised release as he unlawfully possessed controlled substances on or about January 31, 2023.<br><br>Specifically, on January 31, 2023, at 4 p.m., per Liberty Lake Police (LPD) report 2023-88000549, an LPD officer observed a vehicle that had multiple law enforcement contacts. The most recent being on January 9, 2023, when Mr. Bevans was driving this vehicle and was subsequently arrested on a Washington State Department of Corrections (DOC) warrant. The LPD officer observed a male in the driver seat and a female in the passenger seat. The |

Prob12C
**Re: Bevans, III, Henry Patrick**
**February 17, 2023**
**Page 2**

LPD officer pulled up a recent booking photo of Mr. Bevans in which he determined the male in the driver seat resembled Mr. Bevans. The LPD officer ascertained and confirmed that Mr. Bevans now had another DOC warrant for his arrest which was issued on January 20, 2023.

The LPD officer observed the vehicle pull into a gas station and other LPD officers arrived on scene. As the male in the passenger seat exited the vehicle it was determined to in fact be Mr. Bevans. He was then arrested on the aforementioned DOC warrant without incident. An LPD officer then made contact with the female in the passenger seat. Inside the vehicle, the officer observed, in plain view, an open top small plastic jar with a white crystal tube substance which he recognized to be methamphetamine from his training and experience. Mr. Bevans was subsequently informed of his Miranda rights and indicated he understood and agreed to speak with a LPD detective. Mr. Bevans initially denied possessing any type of controlled substances but then admitted to carrying "100+" grams of methamphetamine in a backpack in his vehicle. The LPD detective applied for a search warrant to conduct a full search of the vehicle being driven by Mr. Bevans to include a warrant granting analysis of his cellular telephone. The Honorable Judge Michael Price reviewed and signed a full search warrant of the vehicle and the warrant granting analysis of Mr. Bevans' cellular telephone.

On February 1, 2023, LPD officers conducted a search on the aforementioned vehicle being driven by Mr. Bevans. Located inside the vehicle was approximately 9.4 grams of suspected methamphetamine, several hundred small blue pills (believed to be Mexi Blues/Dentinal) packaged separately in several different bindle bags, and approximately 3 grams of heroin. Also located were digital scales, a stolen laptop, approximately $1,100 cash, along with several other items associated with delivery of narcotics.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 17, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Bevans, III, Henry Patrick**
**February 17, 2023**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X]  Defendant to appear before the Judge assigned to the case.
- [ ]  Defendant to appear before the Magistrate Judge.
- [X]  Other: *All pending violations will be addressed at the Revocation of Supervised Release Hearing set for 3/1/2023.*

_____
Thomas O. Rice
United States District Judge

_February 21, 2023_
Date