PROB 12C
(6/16)

Report Date: March 13, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Henry Patrick Bevans | Case Number: 0980 2:13CR00125-TOR-1 |

Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: April 22, 2014

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, 18 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 120 months; TSR - 120 months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Defense Attorney: | Justin Lonergan |

Type of Supervision: Supervised Release

Date Supervision Commenced: August 11, 2022

Date Supervision Expires: August 10, 2032

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/31/2023 and 2/21/2023.

Mr. Bevans' conditions of supervised release were reviewed with him on August 12, 2022. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: It is alleged that Mr. Bevans violated the terms of his supervised release by committing the federal felony criminal offenses of possession with intent to distribute 50 grams or more of actual (pure) methamphetamine and possession with intent to distribute 40 grams of fentanyl. |
| | Specifically, on January 31, 2023, at 4 p.m., per Liberty Lake Police (LPD) report 2023-88000549, an LPD officer observed a vehicle that had multiple law enforcement contacts. The most recent being on January 9, 2023, when Mr. Bevans was driving this vehicle and was subsequently arrested on a Washington State Department of Corrections (DOC) warrant. The LPD officer observed a male in the driver seat and a female in the passenger seat. The |

Prob12C
**Re: Bevans, Henry Patrick**
**March 13, 2023**
Page 2

LPD officer pulled up a recent booking photo of Mr. Bevans in which he determined the male in the driver seat resembled Mr. Bevans. The LPD officer ascertained and confirmed that Mr. Bevans now had another DOC warrant for his arrest which was issued on January 20, 2023.

The LPD officer observed the vehicle pull into a gas station and other LPD officers arrived on scene. As the male in the passenger seat exited the vehicle it was determined to in fact be Mr. Bevans. He was then arrested on the aforementioned DOC warrant without incident. An LPD officer then made contact with the female in the passenger seat. Inside the vehicle, the officer observed, in plain view, an open top small plastic jar with a white crystal type substance which he recognized to be methamphetamine from his training and experience. Mr. Bevans was subsequently informed of his Miranda rights and indicated he understood and agreed to speak with a LPD detective. Mr. Bevans initially denied possessing any type of controlled substances but then admitted to carrying "100+" grams of methamphetamine in a backpack in his vehicle. The LPD detective applied for a search warrant to conduct a full search of the vehicle being driven by Mr. Bevans to include a warrant granting analysis of his cellular telephone. The Honorable Judge Michael Price reviewed and signed a full search warrant of the vehicle and the warrant granting analysis of Mr. Bevans' cellular telephone.

On February 1, 2023, LPD officers conducted a search on the aforementioned vehicle being driven by Mr. Bevans. Located inside the vehicle was approximately 9.4 grams of suspected methamphetamine, several hundred small blue pills (believed to be fentanyl) packaged separately in several different bindle bags, and approximately 3 grams of heroin. Also located were digital scales, a stolen laptop, approximately $1,100 cash, along with several other items associated with delivery of narcotics.

On March 7, 2023, in the Eastern District of Washington, Mr. Bevans was indicted on the aforementioned charges creating case number 2:23CR00025-TOR–1. On March 9, 2023, Mr. Bevans made an initial appearance and arraignment on 2:23CR00025-TOR–1 and the government's motion for detention was granted.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/13/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Bevans, Henry Patrick**
**March 13, 2023**
Page 3

### THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other: *The Revocation of Supervised Release hearing scheduled for 4/5/2023 remains set.*

_____
Thomas O. Rice
United States District Judge

March 13, 2023
Date